```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      CENTRAL DISTRICT OF CALIFORNIA
 9
10
11   RICHARD DIN, JR.,              ) Case No. CV 09-1039-RGK(RC)
                                    )
12                  Petitioner,     )
                                    ) (1) ORDER ADOPTING REPORT AND
13   vs.                            ) RECOMMENDATION OF UNITED STATES
                                    ) MAGISTRATE JUDGE; AND
14   A. HEDGEPETH,                  ) (2) ORDER DENYING CERTIFICATE
                                    ) OF APPEALABILITY
15                  Respondent.     )
                                    )
16
```

17    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18 Petition and other papers along with the attached Report and
19 Recommendation of United States Magistrate Judge Rosalyn M. Chapman,
20 and has made a de novo determination.
21
22    IT IS ORDERED that (1) the Report and Recommendation is approved
23 and adopted; (2) the Report and Recommendation is adopted as the
24 findings of fact and conclusions of law herein; and (3) Judgment shall
25 be entered denying the petition for writ of habeas corpus and
26 dismissing the action with prejudice.
27 //
28 //

1       This Court finds an appeal would not be taken in good faith, and
2 that petitioner has not made a substantial showing that he has been
3 denied a constitutional right, for the reasons set forth in the Report
4 and Recommendation of the United States Magistrate Judge; accordingly,
5 a certificate of appealability should not issue under 28 U.S.C.
6 § 2253(c)(2) and Fed. R. App. P. 22(b). <u>Slack v. McDaniel</u>, 529 U.S.
7 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); <u>Mayfield v.
8 Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

10      IT IS FURTHER ORDERED that the Clerk shall serve copies of this
11 Order, the Magistrate Judge's Report and Recommendation and Judgment
12 by the United States mail on petitioner.

14 DATED: December 2, 2010

                                                              R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE

19 R&R\09-1039.ado2
   11/29/10

2