UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DIN, JR., | ) Case No. CV 09-1039-RGK(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| A. HEDGEPETH, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: December 2, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

R&R\09-1039.ado
10/28/10